IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 15-cv-02437-RM-KMT

WALTER D. CARNETT, JR.,

    Plaintiff,

v.

KARL G. WATTS d/b/a COLORADO OFFICE PRODUCTS & IDEAS, *et al.,*

    Defendants.

---

**ORDER REASSIGNING MAGISTRATE JUDGE**

---

THIS MATTER is before the Court *sua sponte*. A review of this case shows it was removed from the District Court for Mesa County, Colorado, and involves quieting title to real property located in Grand Junction, Mesa County, Colorado. Upon consideration, this Court finds that the interests of justice are best served and judicial economy is best preserved if the above captioned action is REASSIGNED to Magistrate Judge Gordon P. Gallagher located in Grand Junction, Colorado.

It is therefore **ORDERED** that the above-captioned matter is REASSIGNED to Magistrate Judge Gordon P. Gallagher and all future filings in Civil Action 15-cv-02437-RM-KMT shall be docketed under the case number 15-cv-02437-RM-GPG.

DATED this 12th day of November, 2015.

                                                BY THE COURT:

                                                RAYMOND P. MOORE
                                                United States District Judge